**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul Company of Arizona,<br><br>  Plaintiff,<br><br>v.<br><br>Tammy Lee, et al.,<br><br>  Defendants. | No. CV-20-00082-PHX-ROS<br><br>**ORDER** |

According to the parties' status report filed on October 2, 2020, "there are unnamed parties who should be included in this suit" and the parties need "14 days to engage in informal discovery to identify" those parties. (Doc. 91 at 2). Those parties will need to be named in a complaint and formally served, or waive service, before a binding judgment can be issued against them. Therefore, Plaintiff will be required to amend the complaint to include all the interested defendants and the parties will be required to file a proposed order identifying the exact amount to be distributed to each defendant and the appropriate mailing address for each defendant. The parties will be given additional time to accomplish these tasks.

Accordingly,

**IT IS ORDERED** no later than **October 23, 2020**, Plaintiff shall amend its complaint to include all defendants.

**IT IS FURTHER ORDERED** no later than **October 30, 2020**, Plaintiff shall file proof of service for all newly added defendants.

**IT IS FURTHER ORDERED** no later than **October 30, 2020**, the parties shall file a stipulation for dismissal, identifying the amount to be distributed to each defendant, the mailing address for each defendant, and the proposed language for a final order prohibiting future claims against Plaintiff regarding the deposited funds.

Dated this 7th day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge