**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul Company of Arizona, | No. CV-20-00082-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Tammy Lee, et al., | |
| Defendants. | |

On October 8, 2020, the Court ordered Plaintiff to amend its complaint to add additional defendants and file proof of service regarding those defendants.  (Doc. 92).  The Court also ordered the parties as follows:

> **IT IS FURTHER ORDERED** no later than **October 30, 2020**, the parties shall file a stipulation for dismissal, identifying the amount to be distributed to each defendant, the mailing address for each defendant, and the proposed language for a final order prohibiting future claims against Plaintiff regarding the deposited funds.

(Doc. 92 at 2).  On October 22, 2020, Plaintiff filed an amended complaint.  In that complaint, the following individuals and entities are named as defendants:

1. Tammy Lee, individually and as representative of the estate for Judith King;
2. Amanda King, individually and as representative of the estate for Brian King;
3. Gurmeet Singh;
4. Gregory Sean;
5. Robert Webster;

6.  Lynn Trucking Inc.;

7.  Mountain River Trucking Co. Inc.;

8.  Progressive Commercial Casualty Co.;

9.  Alyssa King;

10. Bradley King;

11. Gurpreet Kaur;

12. Beverley Webster;

13. ACGS Marine Insurance Company.[1]

(Doc. 93 at 2).  The first eight defendants "have all been served and made appearances in this action."  (Doc. 93 at 2).  On October 29, 2020, Plaintiff's counsel filed a "proof of service" stating the remaining five defendants have been served.

Contrary to the Court's Order requiring the parties file a stipulation for dismissal, counsel for some of the defendants filed a "Status Report."  (Doc. 95).  That status report identifies the amount to be provided to twelve of the defendants but there is no indication what amount, if any, should be distributed to ACGS Marine Insurance Company.  The status report also lacks any indication, such as signature by their counsel, that all parties have agreed to the amounts set forth.  Finally, the status report identifies "Bradley King" as "Brandon King" and "Gregory Sean" as "Gregory Seal."  In light of these failures, the Court cannot distribute the proceeds at this time.

The parties will be ordered, again, to file a stipulation for dismissal signed by all parties or by their counsel.  That stipulation should identify whether Defendant ACGS Marine Insurance Company is entitled to any funds and, if so, its mailing address.  The parties should also identify the percentage of the total amount to be awarded to each defendant to account for interest and fees.  Finally, the stipulation for dismissal should include the parties' proposed language for a final order prohibiting future claims against Plaintiff regarding the deposited funds.  If no such stipulation is filed, the Court may dismiss this action for failure to comply with Court Orders.

---

[1] The First Amended Complaint identifies "Starr Indemnity & Liability Company" in the caption but does not identify this defendant in the body of the complaint.

1    Accordingly,

2    **IT IS ORDERED** no later than **November 19, 2020**, the parties shall file a

3  stipulation for dismissal, signed by all parties or their counsel, containing the information

4  outlined above.

5    Dated this 12th day of November, 2020.

6

7

8    _____
     Honorable Roslyn O. Silver

9    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28