**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| U-Haul Company of Arizona, | No. CV-20-00082-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Tammy Lee, et al., | |
| Defendants. | |

Defendant Progressive Commercial Casualty Co. has filed a notice stating it was "improperly identified" in the complaint and "[t]he proper entity is United Financial Casualty Company." (Doc. 103).  Pursuant to Federal Rule of Civil Procedure 21, United Financial Casualty Company will be added as a defendant and Progressive Commercial Casualty Co. will be dismissed.

Defendants have agreed to how the total amount on deposit should be distributed. But Plaintiff and Defendants disagree on the language that should accompany the dismissal of this case.  According to Plaintiff, the dismissal should state

> U-Haul Co. of Arizona has satisfied the requirements of 28 U.S.C. § 1335, and it is ORDERED that U-Haul Co. of Arizona is forever discharged and released from any further liability as to the interpled funds and is DISMISSED from this action with prejudice.

(Doc. 105 at 3).

According to Defendants, the dismissal should state the receipt of funds

> is not in exchange for a general release of U-Haul Co. of

> Arizona and not in exchange for a release of any U-Haul company's liability for its own conduct but releases and extinguishes U-Haul Co. of Arizona's liability solely in its capacity as an insurer of Judy King, and thereby discharges all responsibility for the interpleaded funds such that this interpleader can now be dismissed and all future claims to the interpleaded funds should be, and hereby are, prohibited.

(Doc. 104 at 4). The parties have not explained the legal importance of their competing proposals.

The language proposed by Defendants is more consistent with general interpleader procedure. *See* 28 U.S.C. § 2361 (stating in an interpleader action a court may issue an order restraining parties "from instituting or prosecuting any proceeding in any State or United States court affecting the property"). Therefore, Defendants' language will be adopted with minor modifications.

Accordingly,

**IT IS ORDERED** Defendant Progressive Commercial Casualty Co. is **DISMISSED** and United Financial Casualty Company is **ADDED** as a Defendant.

**IT IS FURTHER ORDERED** the Defendant named as "Gregory Sean" shall be corrected to "Gregory Seal."

**IT IS FURTHER ORDERED** the Stipulation (Doc. 104) is **GRANTED**. The entire amount deposited with the Clerk of Court, including any interest, shall be distributed as set forth below. The mailing addresses are contained in Doc. 104.

- 7.6% to Tammy Lee, Individually;
- 7.6% to Tammy Lee as Representative of The Estate of Judith King;
- 7.6% to Amanda King, Individually;
- 7.6% to Amanda King as Representative of The Estate of Brian King;
- 7.6% to Alyssa King;
- 7.6% to Bradley King;
- 7.6% to Gurmeet Singh;
- 7.6% to Gurpreet Kaur;
- 7.6% to Gregory Seal;

- 7.6% to Robert Webster;
- 7.6% to Beverly Webster;
- 7.6% to United Financial Casualty Co.;
- 4.6% to American Inter-Fidelity Exchange a/s/o Mountain River Trucking Co.;
- 3% to AGCS Maritime Ins. Co. a/s/o Mountain River Trucking Co.;
- 1.2% to Lynn Trucking, Inc.

**IT IS FURTHER ORDERED** the amounts distributed are not in exchange for a general release of U-Haul Co. of Arizona and not in exchange for a release of any U-Haul company's liability for its own conduct but release and extinguish U-Haul Co. of Arizona's liability solely in its capacity as an insurer of Judy King, and thereby discharge all responsibility for the interpleaded funds. All future claims to the interpleaded funds are prohibited.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter a judgment of **DISMISSAL WITH PREJUDICE**.

**IT IS FURTHER ORDERED** the Motion for Ruling (Doc. 105) is **DENIED**.

**IT IS FURTHER ORDERED** the Motion to Withdraw (Doc. 107) is **GRANTED**. Attorneys Joey A. Said and Ana Karen Lee are withdrawn as counsel of record for Defendants Gurmeet Singh and Kaur Gurpreet.

Dated this 7th day of December, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge